FILED

**NOT FOR PUBLICATION**

JUN 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10664 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-00914-TEH |
| v. | |
| ABEL RUBIO-LARA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Thelton E. Henderson, District Judge, Presiding

Submitted June 18, 2013[**]

Before:     TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Abel Rubio-Lara appeals from the district court's judgment and challenges

his guilty-plea conviction and 54-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Rubio-Lara's counsel has filed a brief stating that there are no grounds for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided

Rubio-Lara the opportunity to file a pro se supplemental brief. No pro se

supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**